**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **BRYAN CALLES,** | )<br>) |
| Petitioner, | ) Case No. CV 14-1282 AB (AJW)<br>) |
| v. | )<br>) ORDER ACCEPTING REPORT AND |
| **CHARLES W. CALLAHAN, WARDEN,** | ) RECOMMENDATION OF<br>) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de</u> <u>novo</u> determination of the portions to which objections were directed.

DATED: February 5, 2018

_____
André Birotte Jr.
United States District Judge