JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BRYAN CALLES, | ) | Case No. CV 14-1282-AB(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CHARLES W. CALLAHAN, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 5, 2018

_____
André Birotte Jr.
United States District Judge